

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00134-CV

DRUE ALLEN HOLLIS                                          APPELLANT

V.

MENTAL HEALTH MENTAL                                        APPELLEE
RETARDATION

\-\-\-\-\-\-\-\-\-\-\-

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 348-295407-17

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-\-

We have considered appellant's "Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).


PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: August 9, 2018

---

[1]*See* Tex. R. App. P. 47.4.